FILED

2018 APR -3  PM 4: 08

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) I N D I C T M E N T |
| | ) |
| Plaintiff, | ) JUDGE NUGENT |
| | ) |
| v. | ) CASE NO. 1 : 18  CR  157 |
| | ) Title 21, Sections 841(a)(1), |
| ROBERT PRZYBYLSKI, | ) (b)(1)(C), and 846, |
| | ) United States Code |
| Defendant. | ) |
| | ) |

COUNT 1
(Conspiracy to Distribute Controlled Substances, 21 U.S.C. §§ 841(a)(1) and (b)(1)(C),
in violation of 21 U.S.C. § 846)

The Grand Jury charges:

From on or about September 1, 2016 to the present, the exact dates unknown to the Grand

Jury, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendant ROBERT

PRZYBYLSKI and others known and unknown to the Grand Jury, did knowingly, and

intentionally combine, conspire, confederate, and agree with each other to possess with the intent

to distribute and to distribute a mixture or substance containing a detectable amount of N-Ethyl

Pentylone, a Schedule I controlled substance analogue, and N-ethyl Norpentylone, a Schedule I

controlled substance analogue, as defined in 21 U.S.C. § 802(32), knowing that the substances

were intended for human consumption, as provided in 21 U.S.C. § 813, in violation of Title 21,

United States Code, Sections 841(a)(1), (b)(1)(C) and 846.

## COUNT 2
(Attempted Possession of a Controlled Substance with Intent to Distribute, §§ 841(a)(1) and (b)(1)(C), in violation of 21 U.S.C. § 846)

The Grand Jury further charges:

On or about October 4, 2016, in the Northern District of Ohio, Eastern Division,

Defendant ROBERT PRZYBYLSKI did knowingly and intentionally attempt to possess with the

intent to distribute 1,000.94 grams of a mixture or substance containing a detectable amount of

N-ethyl Norpentylone, a Schedule I controlled substance analogue, as defined in 21 U.S.C.

§ 802(32), knowing that the substances were intended for human consumption, as provided in 21

U.S.C. § 813, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(C), and 846.

## COUNT 3
(Possession of a Controlled Substance with the Intent to Distribute, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

On or about October 4, 2016, in the Northern District of Ohio, Eastern Division,

Defendant ROBERT PRZYBYLSKI did knowingly and intentionally possess with the intent to

distribute approximately 46.44 grams of a mixture or substance containing a detectable amount

of N-ethyl Norpentylone, a Schedule I controlled substance analogue, as defined in 21 U.S.C.

§ 802(32), knowing that the substances were intended for human consumption, as provided in 21

U.S.C. § 813, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT 4
### (Attempted Possession of a Controlled Substance with Intent to Distribute, §§ 841(a)(1) and (b)(1)(C), in violation of 21 U.S.C. § 846)

The Grand Jury further charges:

On or about July 10, 2017, in the Northern District of Ohio, Eastern Division, Defendant ROBERT PRZYBYLSKI did knowingly and intentionally attempt to possess with the intent to distribute a mixture or substance containing a detectable amount of N-Ethyl Pentylone, a Schedule I controlled substance analogue, as defined in 21 U.S.C. § 802(32), knowing that the substances were intended for human consumption, as provided in 21 U.S.C. § 813, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(C), and 846.

## FORFEITURE

The Grand Jury further charges:

For the purpose of alleging forfeiture pursuant to 21 U.S.C. § 853, the allegations of Counts 1 and 4 are incorporated herein by reference.  As a result of the foregoing offenses, Defendant ROBERT PRZYBYLSKI, shall forfeit to the United States any and all property constituting, or derived from, any proceeds he obtained, directly or indirectly, as the result of such violations; any and all of his property used or intended to be used, in any manner or part, to commit or to facilitate the commission of such violations.

A TRUE BILL.

3